UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

William Kostroun,

        Plaintiff,

v.

RotoUnderworld, LLC,

        Defendant.

Case No: 3:23-cv-01100

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff William Kostroun (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

DATED: August 18, 2023

                                      **SANDERS LAW GROUP**

                                      By:   */s/ Craig Sanders*
                                      Craig Sanders, Esq.
                                      333 Earle Ovington Blvd, Suite 402
                                      Uniondale, NY 11553
                                      Tel: (516) 203-7600
                                      Email: csanders@sanderslaw.group
                                      File No.: 126332
                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2023, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

DATED: August 18, 2023

                                                */s/ Craig Sanders*
                                                Craig Sanders, Esq.