# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**WILLIAM KOSTROUN,**

V.            **SUMMONS IN A CIVIL CASE**

**ROTOUNDERWORLD, LLC,**

CASE NUMBER: **3:23−CV−01100−JAM**

TO: **RotoUnderworld, LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Craig B. Sanders− Sanders Law Group**
**333 Earle Ovington Boulevard**
**Suite 402**
**Uniondale, NY 11553**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − Christina Sichanh**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023−08−21 18:32:28**, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rotoundorworld, LLC c/o Max Kellog
was received by me on *(date)* August 23, 2023.

☒ I personally served the summons on the individual at *(place)* 85 Meadowcrest Drive Fairfield, CT 06825 on *(date)* August 29, 2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/30/2023

Servers signature

Jason Douglas - indifferent person
Printed name and title

36 Russ St, Hartford, CT 06106
Servers address

Additional information regarding attempted service, etc:
served personally to respondent at approximately 7:46 pm; white male about 30, 6'0" 200 pounds